

**Driving progress
through partnership**

**Melissa A. Geist**
Direct Phone: +1 609 514 5978
Email: mgeist@reedsmith.com

506 Carnegie Center
Suite 300
Princeton, NJ 08540
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

November 13, 2020

**Via ECF and Email**

Special Master Dennis M. Cavanaugh, U.S.D.J. (Ret.)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962

**RE:  MSP Recovery Claims Series LLC, et al. v. Sanofi Aventis U.S., LLC, et al.
Civil Action No. 18-02211 (BRM) (LHG)**

Dear Judge Cavanaugh:

Pursuant to Your Honor's November 6, 2020 scheduling order, the parties in the above-referenced matter met on November 12, 2020, to discuss a protocol for the preservation and production of electronically stored information ("ESI") and a proposed confidentiality order. We write to update Your Honor on the status of those documents. The parties by mutual agreement plan to submit the ESI protocol and confidentiality order by Friday, November 20.

If the foregoing meets with Your Honor's approval, we respectfully ask that this letter be "So Ordered" by Your Honor.

The parties will also submit a stipulation to be bound by the deposition protocol in *In re Insulin Pricing Litigation* by the end of today.

STIPULATED AND AGREED TO:

**SO ORDERED**

/s/ Dennis M. Cavanaugh
Special Master

By:  *s/Melissa A. Geist*
Melissa A. Geist, Esq.
**REED SMITH LLP**
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ 08540
Tel.: (609) 514-5978

Shankar Duraiswamy, Esq.
Mark Lynch, Esq.

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Diane A. Bettino ♦ Office Administrative Partner ♦ A Limited Liability Partnership formed in the State of Delaware

Special Master Dennis M. Cavanaugh, U.S.D.J. (Ret.)
November 13, 2020
Page 2

ReedSmith

        (admitted *pro hac vice*)
        Henry B. Liu, Esq.
        (admitted *pro hac vice*)
        **COVINGTON & BURLING LLP**
        One CityCenter
        850 Tenth Street, N.W.
        Washington, DC 20001
        Tel.: (202) 662-6000

        *Attorneys for Defendant*
        *Eli Lilly and Company*


By:   *s/ Michael R. Griffinger*
        Michael R. Griffinger, Esq.
        Christopher Walsh, Esq.
        **GIBBONS P.C.**
        One Gateway Center
        Newark, NJ 07102-5310
        Tel.: (973) 596-4500

        James P. Rouhandeh, Esq.
         (*pro hac vice*)
        David B. Toscano, Esq.
         (*pro hac vice*)
        **DAVIS POLK & WARDWELL LLP**
        450 Lexington Avenue
        New York, NY 10017
        Tel.: (212) 450-4000

        Neal A. Potischman, Esq.
         (*pro hac vice*)
        Andrew Yaphe, Esq.
         (*pro hac vice*)
        **DAVIS POLK & WARDWELL LLP**
        1600 El Camino Real
        Menlo Park, CA 94025
        Tel.: (650) 752-2000

        *Attorneys for Defendant*
        *Novo Nordisk Inc.*

Special Master Dennis M. Cavanaugh, U.S.D.J. (Ret.)
November 13, 2020
Page 3



        By:   *s/ Liza M. Walsh*
                Liza M. Walsh, Esq.
                **WALSH PIZZI O'REILLY FALANGA LLP**
                Three Gateway Center
                100 Mulberry St 15th Floor
                Newark, NJ 07102
                Tel.: (973) 757-1100

                Michael R. Shumaker, Esq.
                 (*pro hac vice*)
                Julie E. McEvoy, Esq.
                 (*pro hac vice*)
                William D. Coglianese, Esq.
                 (*pro hac vice*)
                **JONES DAY**
                51 Louisiana Avenue, N.W.
                Washington, DC 20001
                Tel.: (202) 879-3939

                *Attorneys for Defendant*
                *Sanofi-Aventis U.S. LLC*


        By:   *s/ Christopher M. Placitella*
                Christopher M. Placitella
                Dennis M. Geier
                **COHEN PLACITELLA AND ROTH PC**
                127 Maple Avenue
                Red Bank, NJ 07701 Phone: 732-747-9003
                Facsimile: 732-747-9004

                *Attorneys for Plaintiff*

MAG/em

cc:    All counsel of record (via ECF and email)
       Jill J. Pomeroy (via email)
       William S. Mezzomo (via email)