Michael R. Griffinger, Esq.
Michael R. McDonald, Esq.
Christopher Walsh, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Tel.:  (973) 596-4500
Fax:  (973) 596-0545

James P. Rouhandeh, Esq. (admitted *pro hac vice*)
David B. Toscano, Esq. (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017

Neal A. Potischman, Esq. (admitted *pro hac vice*)
Andrew Yaphe, Esq. (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025

*Attorneys for Defendant*
*Novo Nordisk Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES, LLC, a Delaware entity, MAO-MSO RECOVERY II, LLC, a Delaware entity, and MSPA CLAIMS 1, LLC, a Florida entity,<br><br>                                     Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC, NOVO NORDISK INC. and ELI LILLY AND COMPANY,<br><br>                                     Defendants. | Civil Action No.: 2:18-2211(BRM)(CLW)<br><br><br>**ORDER GRANTING THE ADMISSION *PRO HAC VICE* OF PATRICK W. BLAKEMORE, ESQ.** |

**THIS MATTER** having been brought before the Court upon the motion of Defendant Novo Nordisk Inc., for the admission of Patrick W. Blakemore, Esq., *pro hac vice* in the within case pursuant to Local Civil Rule 101.1(c); and for good cause having been shown;

**IT IS** on this 19th day of July, 2021**,**

**ORDERED** that Defendant Novo Nordisk Inc.'s motion for an Order granting Patrick W. Blakemore, Esq., admission *pro hac vice* in this matter shall be and hereby is granted; and

**IT IS FURTHER ORDERED** that Patrick W. Blakemore, Esq., of the firm Davis Polk & Wardwell LLP is hereby granted admission *pro hac vice* for the purpose of appearing in this matter pursuant to Local Civil Rule 101.1(c); and

**IT IS FURTHER ORDERED** that Patrick W. Blakemore, Esq., is hereby required to abide by the Rules of Disciplinary Enforcement and the Local Civil Rules of the District of New Jersey; and

**IT IS FURTHER ORDERED** that Patrick W. Blakemore, Esq., shall notify the Court immediately of any matter affecting his or her standing at the bar of any other court; and

**IT IS FURTHER ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by an attorney at law employed by the law firm of Gibbons P.C., said attorney being authorized to practice in the United States District Court for the District of New Jersey, who shall be held responsible for them and for the conduct of the matter and of Patrick W. Blakemore, Esq., and

**IT IS FURTHER ORDERED** that pursuant to Local Civil Rule 101.1(c)(2), a copy of this Order shall be forwarded to the Treasurer of the New Jersey Lawyers' Fund for Client Protection. Patrick W. Blakemore, Esq., shall make payment, or cause payment to be made, to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a) within 30 days of the entry of this order for this calendar year (if such payment for this year has not already been made) and shall continue to make payment, or cause payment to be made, for each calendar year in which she continues to represent any Defendant before this Court; and

**IT IS FURTHER ORDERED** that pursuant to Local Civil Rule 101.1(c)(3), Patrick W. Blakemore, Esq., shall make payment of $150.00, or cause payment of $150.00 each to be made, to the Clerk of the United States District Court for the District of New Jersey.

s/ Cathy L. Waldor
Hon. Cathy L. Waldor, U.S.M.J.
