UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, SERIES PMPI, a designated series of MAO-MSO RECOVERY II, LLC, and MSPA CLAIMS 1, LLC,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC, NOVO NORDISK INC., and ELI LILLY AND COMPANY<br><br>　　　　　　　Defendants. | Case No. 18-CV-02211(BRM)(LHG) |

**[PROPOSED]**
**SECOND AMENDED CASE MANAGEMENT ORDER**
**SCHEDULE AND DISCOVERY**

### I.　　GENERAL DISCOVERY GUIDELINES

No change. *See* Case Management Order, ECF Doc. 162.

### II.　　SCHEDULE[1]

| November 6, 2020 Case Management Order Deadline | March 11, 2021 Corrected Case Management Order Deadline | New Proposed Case Management Order Deadline | EVENT |
|---|---|---|---|
| - | - | August 4, 2021 | Deadline for parties to complete search term negotiations |
| February 26, 2021 | May 21, 2021 | August 25, 2021 | Deadline for Plaintiffs to retrieve and produce documents responsive to Defendants' first requests for production. Plaintiffs will begin |

---

[1] The parties reserve the right to seek modifications of the schedule.

| | | | |
|---|---|---|---|
| | | | producing documents on a rolling basis within 30 days after service of requests for production. |
| November 6, 2020 | - | No change | Fact discovery begins. |
| November 13, 2020 | - | No change | Defendants' initial disclosures under Rule 26 in *In re Insulin Pricing Litigation*, 17-cv-699 shall be produced to Plaintiffs.<br><br>Plaintiffs shall serve initial disclosures under Rule 26 to Defendants and identify to Defendants each assignor on behalf of whom plaintiffs intend to assert claims in this action. |
| November 13, 2020 | - | No change | Defendants serve initial Rule 34 requests for production, and the RPFs served hitherto by plaintiffs in *Insulin Pricing* shall be deemed served in this action. |
| November 13, 2020 | - | No change | Deadline for parties to meet and confer regarding the preservation and production of electronically stored information ("ESI") and to submit to the Court an ESI protocol. |
| November 13, 2020 | - | No change | Parties shall submit a stipulation agreed to be bound by the deposition protocol governing *Insulin Pricing* (Dkt. 366). |
| - | March 8, 2021 | No change | Deadline to provide initial deponent list pursuant to Section III(5) of the deposition protocol. |
| February 19, 2021 | April 20, 2021 | No change | Deadline to amend pleadings. No depositions shall commence prior to this date. |

| | | | |
|---|---|---|---|
| March 5, 2021 | July 26, 2021 | September 15, 2021 | Deadline for Plaintiffs to certify that their production of documents responsive to discovery requests is substantially complete. |
| March 19, 2021 | May 4, 2021 | No change | Deadline for Plaintiffs to propound requests for production to Defendants. The parties will meet-and-confer before propounding additional requests for production after the substantial completion deadline regarding reasonable, limited, and targeted requests. |
| March 19, 2021 | August 9, 2021 | September 29, 2021 | Deadline for Defendants to propound requests for production to Plaintiffs. The parties will meet-and-confer before propounding additional requests for production after the substantial completion deadline regarding reasonable, limited, and targeted requests. |
| July 19, 2021 | October 19, 2021 | No change | Fact discovery on Defendants closes. This does not preclude data discovery, including related depositions, of third parties at a later date as needed for expert merits reports. |
| July 19, 2021 | January 19, 2022 | March 11, 2022 | Fact discovery on Plaintiffs closes. This does not preclude data discovery, including related depositions, of third parties at a later date as needed for expert merits reports. |
| 21 days after the Court's decision certifying or declining to certify the class in *In Insulin Pricing Litigation*, No. | No change | No change | Parties to submit a schedule for merits expert reports, Rule 56 and *Daubert* motions, and trial. |

| 17-cv-699 (D.N.J.) | | | |
|---|---|---|---|

**SO ORDERED.**

Dated: _____, 2021

_____
Hon. Dennis M. Cavanaugh (Ret.)
Special Master