

**Melissa A. Geist**
Direct Phone: +1 609 514 5978
Email: mgeist@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

September 9, 2024

**Via ECF Only**

Hon. Brian R. Martinotti, U.S.D.J.
United States District Court, District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Plaza, 3rd Floor
Newark, NJ 07102

Re:   ***MSP Recovery Claims, Series, LLC et al. v. Sanofi Aventis U.S. LLC et al.***
      <u>Case No. 3:18-cv-2211-BRM-RLS (D.N.J.)</u>

Dear Judge Martinotti:

We write on behalf of Defendants regarding their joint Rule 56 motion for summary judgment.

***First***, Defendants respectfully request leave to file an appendix of relevant case law for the states at issue in support of Defendants' memoranda of law. MSP brings its claims on behalf of twelve Assignors, alleging causes of action under twenty-one states' laws. Defendants submit that an organized appendix of relevant caselaw from these states will streamline the presentation of issues for the Court and help facilitate the Court's review of this motion. Providing these citations in an appendix also avoids the need for Defendants' brief to contain numerous, multi-state string citations for each point of law.

***Second***, Defendants respectfully request a 10-page extension for their joint summary judgment memorandum, not to exceed a total of 50 pages, excluding the aforementioned appendix. The additional pages are needed in light of the number of assignors and state laws at issue here.

MSP does not oppose this request.

If same meets with Your Honor's approval, Defendants respectfully request that the Court "So Order" this letter and file it on the docket.

Defendants appreciate Your Honor's time and attention.

Respectfully submitted,

*Melissa A. Geist*

Melissa A. Geist

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON