# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC et al.,<br><br>Defendants. | Civil Action No. 3:18-cv-02211 (BRM)(RLS) |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE AS TO ALL DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiffs, MSP Recovery Claims Series, LLC, MAO-MSO Recovery II, LLC, Series PMPI, and MSPA Claims 1, LLC (collectively, "Plaintiffs") and Defendants, Sanofi-Aventis U.S. LLC, Novo Nordisk Inc., and Eli Lilly and Company (collectively, "Defendants"), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims of Plaintiffs against Defendants are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

The Plaintiffs and Defendants further agree that this Stipulation resolves all claims, defenses, and/or counterclaims that were or could have been asserted against each other in this lawsuit, including any claims that could have been brought by

entities related to the Plaintiffs, Plaintiffs' affiliates, Plaintiffs' successors or assigns, or any of Plaintiffs' assignors related to the allegations in this lawsuit.

Date: September 13, 2024

Agreed as to form and substance:

| *Attorneys for Plaintiffs* | *Attorneys for Defendant Sanofi-Aventis U.S. LLC* |
|---|---|
|   _____ Janpaul Portal (*pro hac vice*) Aida M. Landa (*pro hac vice*) John W. Cleary (*pro hac vice*) **MSP RECOVERY LAW FIRM** 3150 S.W. 38th Avenue, 11th Floor Miami, Florida, 33146 Tel.: (305) 614-2222 | /s/ Liza M. Walsh Liza M. Walsh Katelyn O'Reilly **WALSH PIZZI O'REILLY FALANGA LLP** Three Gateway Center 100 Mulberry Street, 15th Floor Newark, NJ 07102 Tel.: (973) 757-1100 |
| Eduardo Bertran (*pro hac vice*) **ARMAS BERTRAN ZINCONE** 4960 SW 72nd Ave., Ste 206 Miami, FL 33155 Tel.: (305) | Michael R. Shumaker (*pro hac vice*) Julie E. McEvoy (*pro hac vice*) William D. Coglianese (*pro hac vice*) Caroline O. Van Wagoner (*pro hac vice*) **JONES DAY** 51 Louisiana Avenue, N.W. Washington, DC 20001 Tel.: (202) 879-3939 |
| /s/ Glenn R. Reiser Glenn R. Reiser **SHAPIRO, CROLAND, REISER, APFEL & DI IORIO, LLP** 411 Hackensack Avenue Hackensack, New Jersey 07601 Tel.: (201) 488-3900 | *Attorneys for Defendant Novo Nordisk Inc.* /s/ Christopher Walsh Christopher Walsh **GIBBONS P.C.** One Gateway Center Newark, NJ 07102 Tel.: (973) 596-4500 |

James P. Rouhandeh (*pro hac vice*)
David B. Toscano (*pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Ave.
New York, New York 10017
Tel.: (212) 450-4000

Neal A. Potischman (*pro hac vice*)
Andrew Yaphe (*pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, California 94025
Tel.: (650) 752-2000

*Attorneys for Defendant Eli Lilly and Company*

*/s/ Melissa A. Geist*
Melissa A. Geist
**REED SMITH LLP**
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Tel.: (609) 987 -0050

James F. Hurst (pro hac vice)
Andrew A. Kassof (pro hac vice)
Diana M. Watral (pro hac vice)
Ryan J. Moorman (pro hac vice)
Jason A. Feld (pro hac vice)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Tel.: (312) 862 -2000

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2024 the foregoing was filed using the Court's CM/ECF system and served via email or transmission of Notices of Electronic Filing generated by CM/ECF to all counsel by the Court's CM/ECF system.

By: */s/ Glenn R. Reiser*
Glenn R. Reiser, Esq.
**SHAPIRO, CROLAND, REISER, APFEL & DI IORIO, LLP**
411 Hackensack Avenue
Hackensack, New Jersey 07601
Tel: (201) 488-3900
Email: greiser@shapiro-croland.com